# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **08-17300-JPH** |
| | § | |
| **ISADORE, JAMES V** | § | Chapter **7** |
| **ISADORE, DINA C** | § | |
| | § | Judge: **HOPKINS** |
| Debtor(s). | § | |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.55 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Greater Cincinnati Water Works<br>4747 Spring Grove Ave<br>Cincinnati OH 45232 | 000008 | 3.55 |

Dated: May 18, 2010

/s/ Eileen K. Field
_____
Eileen K. Field, Case Trustee

cc:     U.S. Trustee